

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

GERALD C. MANN
XXXXXXXXXXXXXXXXXXX
ATTORNEY GENERAL

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir                                    Att'n: Mr. Gus Farrar

Opinion No. 0-1109
Re: Whether or not the Comptroller
    is authorized to approve
    county depository pledge contracts
    secured by legally issued
    warrants of municipalities.

We are in receipt of your opinion request and quote from your letter as
follows:

"Article 2547, as amended, leaves out, . . .' and the legally
issued warrants of any of said municipalities so named.'

"This department now has for approval several depository bonds
secured by, ' and the legally issued warrants of any of said
municipalities so named.'

"Am I authorized to approve such bonds?"

Article 2547, section (c) ( as amended, Acts 1937, Forty-fifth Legislature,
page 1298, chapter 484, section 1) reads as follows:

"In lieu of such personal bonds or surety bonds as above specified,
said banking corporation, association or individual banker so se-
lected as county depository, may pledge and said depository bank
is authorized to pledge with the Commissioners' Court for the
purpose of securing such county funds, securities of the following
kind, in an amount equal to the amount of such county funds on
deposit in said depository bank, to-wit: bonds and notes of the
United States, securities of indebtedness of the United States, and
other evidences of indebtedness of the United States, when said
evidences of indebtedness are supported by the full faith and
credit of the United States of America  and other bonds or other
evidences of indebtedness which are guaranteed as to both principal
and interest by the United States Government; bonds of the State
of Texas, or of any county, city, town, independent school district,
common school district or bonds issued under the Federal Farm Loan
Act·or road district bonds, bonds, pledges or other securities issued

by the Board of Regents of the University of Texas, bank acceptances
of banks having a capital stock of not less than Five Hundred
Thousand Dollars ($500,000); notes  or bonds secured by mortgages
insured and debentures issued by the Federal Housing Administrator
of the  United States Government, and bonds issued by municipal
corporations in Texas . . ."

The type of securities that may be pledged by county depository pledge
contracts are enumerated in the statute above quoted.  "Legally issued
warrants of any of said municipalities so named" is not included in
the amended statute (Acts 1937, Forty-fifth Legislature, page 1298,
chapter 484, section 1).

It is the opinion of this department that only the securities enumerated
in Article 2547 may be pledged.  Therefore, we feel that county depository
pledge contracts, including legally issued warrants of municipalities
should not be approved by the Comptroller of Public Accounts.

Trusting that this answers your question  we remain.

Very truly yours

ATTORNEY GENERAL OF TEXAS

s/  Claud O. Boothman


By

Claud O. Boothman
Assistant


COB:s-ldw

APPROVED AUG. 11, 1939
s/ GERALD C. MANN
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
BY R. W. B.
CHAIRMAN